UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Katharine S. Hayden

   v.    :    Crim. No. 08-429

MAXWELL OWOEYE    :    <u>REVISED SCHEDULING ORDER</u>

IT IS ORDERED that the scheduling order entered on July 1, 2008 ("Order") be modified as follows:

- All pretrial motions described in Order ¶ 11 will be deemed waived unless they are filed and served not later than November 10, 2008, with opposition due December 1, 2008, and the motions hearing set for December 8, 2008 at 10:00 a.m.
- A pretrial conference is set for December 22, 2008 at 2:00 p.m.
- Trial is set for January 6, 2009 at 9:00 a.m.

_____
HON. KATHARINE S. HAYDEN
United States District Judge

10/17/08