mec/2008R00664

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal No. 08-429 |
| MAXWELL OWOEYE<br>RASHEED MUSTAPHA<br>ADEYEMO POPOOLA and<br>FARUK ONCEL | : | <u>Unsealing Order</u> |

This matter having come before the Court on the application of the United States of America (Mark E. Coyne, Assistant U.S. Attorney, appearing) for an order unsealing the Superseding Indictment in this case; the Superseding Indictment having been returned and sealed on October 31, 2008, along with the arrest warrants and supporting materials for defendants Adeyemo Popoola and Faruk Oncel; defendant Maxwell Owoeye having already been arraigned on the original Indictment and released on bail; efforts by law enforcement to locate the three remaining defendants to date having been unsuccessful; there appearing to be no pressing need to keep the Superseding Indictment sealed; there being a need to arraign defendant Maxwell Owoeye on the new charges that he faces and to set this matter down for a firm trial date; and for good cause shown,

IT IS ON this 18th day of November, 2008,

ORDERED that the Superseding Indictment is unsealed.

_____
Hon. Katharine S. Hayden, U.S.D.J.