UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | No. 08-cr-429 (CCC) |
| | : | |
| MAXWELL OWOEYE | : | AMENDED BAIL ORDER |

WHEREAS this matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Mark E. Coyne and Grace H. Park, Assistant U.S. Attorneys, appearing), for modification of defendant Maxwell Owoeye's bail conditions pursuant to 18 U.S.C. § 3143(a); and

WHEREAS defendant Owoeye pled guilty to Counts 1, 10 and 23 of the Superseding Indictment in this case on Friday, February 20, 2009;

IT IS HEREBY ORDERED this 24th day of February 2009, that defendant Owoeye remain released on the $500,000 bond previously posted pending sentencing with the following additional conditions:

   1.  defendant Owoeye's mother must meet with Pretrial Services no later than Friday, February 27, 2009 to review with Pretrial Services what additional assets, including her business interests, she could post as additional security for the $500,000 bond;

   2.  defendant Owoeye must search for his Nigerian passport and submit to the Court no later than Friday, February 27, 2009 an affidavit summarizing the results of that search;

3. defendant Owoeye shall be subject to a curfew from 10:00 p.m. to 6:00 a.m. seven days a week, during which curfew period he must remain at the residence of his mother, his third party custodian, or at a location otherwise approved by Pretrial Services;

4. defendant Owoeye shall be subject to GPS monitoring by Pretrial Services, with his travel generally restricted to those New Jersey counties specified by Pretrial Services; and

5. if defendant Owoeye wishes to attend Sunday services at his church in Brooklyn, New York, he must request and receive permission from Pretrial Services in advance of each such trip to Brooklyn and must call in to a number provided by Pretrial Services before leaving and upon returning from each such trip.

_____
HON. KATHARINE S. HAYDEN
United States District Judge