UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Katherin S. Hayden |
| v. | : | |
| | : | No. 08-CR-429 (CCC) |
| | : | |
| MAXWELL OWOEYE | : | AMENDED BAIL ORDER |

WHEREAS Maxell Owoeye pled guilty to counts 1, 10, and 23 of the Superseding Indictment in this case on February 20, 2009; and

WHEREAS the United States Attorney (Mark E. Coyne and Grace H. Park, Assistant U.S. Attorneys, appearing) moved for modification of Maxwell Owoeye's bail conditions pursuant to 18 U.S.C. § 3143(a); and

WHEREAS this Court, by order dated February 24, 2009, ordered Maxwell Owoeye to remain released on the $500,000 bond previously posted pending sentencing, but imposed additional conditions of release;

IT IS HEREBY ORDERED this 19th day of March 2009, that the business property located at 763 Pequest Road, Oxford, New Jersey 07863, belonging to Mr. Owoeye's mother, be posted as an additional security for the $500,000 bond. *

HON. Katharine S. Hayden
United States District Judge

* Counsel and Pretrial are required to coordinate with the Clerk's Office for the posting of said property and signature.