UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
: Hon. Katharine S. Hayden
V. :
: No. 08-CR-429 (KSH)
:
MAXWELL OWOEYE : AMENDED BAIL ORDER

WHEREAS Maxell Owoeye pled guilty to counts 1, 10, and 23 of the Superseding Indictment in this case on February 20, 2009; and

WHEREAS the United States Attorney (Mark E. Coyne and Grace H. Park, Assistant U.S. Attorneys, appearing) moved for modification of Maxwell Owoeye's bail conditions pursuant to 18 U.S.C. § 3143(a);

WHEREAS this Court, by order dated February 24, 2009, ordered Maxwell Owoeye to remain released on the $500,000 bond previously posted pending sentencing, and maintaining previous conditions of release, including a prohibition against applying for a new passport, and imposing additional conditions;

WHEREAS Maxwell Owoeye is currently appearing in Immigration Removal Proceedings before the Hon. Annie Garcy of United States Immigration Court, Newark, New Jersey;

WHEREAS Maxwell Owoeye possesses no valid form of photo identification and requires a valid photo identification in order to be fingerprinted for his immigration case;

IT IS HEREBY ORDERED this 21st day of April 2009, that the prohibition against applying for a new passport is modified to permit application for a new Nigerian passport under the following strict conditions:

a) Maxwell Owoeye may apply for a new Nigerian passport, but only if accompanied by his counsel, Florian Miedel, Esq., to ensure compliance with this order;

b) The actual passport must be mailed directly from the Nigerian Consulate to Pretrial Services, and may not be mailed to, or picked up by, Maxwell Owoeye;

c) On a mutually convenient day, Maxwell Owoeye may appear at Pretrial Services to be accompanied by someone from Pretrial Services, or the government, or someone agreeable to the government, to the immigration center in Elizabeth, New Jersey. That person must bring Mr. Owoeye's passport and permit Maxwell Owoeye to use it as Identification to allow him to be fingerprinted for his pending immigration proceeding;

d) The passport must then be returned to Pretrial Services by the person who accompanied Maxwell Owoeye, and the passport must remain in the possession of Pretrial Services from that point on.

Hon. Katharine S. Hayden
United States District Judge