PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Maxwell Owoeye**                                       Docket No. 08-429

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Maxwell Owoeye**, who was placed under pretrial release supervision by the **Honorable Katharine S. Hayden** sitting in the Court at 2 Federal Square Newark, New Jersey, on March 31, 2009, under the following conditions:

$500,000 bond secured by property with the following conditions of release: 1. Home detention with electronic monitoring. 2. Defendant's mother to act as third party custodian. 3. Travel restricted to Warren, Sussex, Morris, Passaic and Essex Counties in New Jersey and Brooklyn, New York for religious services. 4. Surrender passport and do not apply for replacement. 5. Maintain residence with third party custodian.

On July 28, 2009 the defendant appeared before Your Honor and was sentenced to 63 months confinement. A surrender date of October 19, 2009 was set.

Respectfully presenting petition for action of Court and for cause as follows:

On August 27, 2009 the defendant appeared before Judge Garcy of the Immigration and Customs Enforcement Agency at which time he was detained pending a removal hearing in October 2009.

PRAYING THAT THE COURT WILL ORDER: The Judgement of conviction be amended to reflect a self surrender date of August 27, 2009. The Government and Defense Counsel have been advised of this request and pose no objection.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2009 and ordered filed and made a part of the records in the above case.

_____
Katharine S. Hayden
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9/3/09_____

_____
William Sobchik
U.S. Pretrial Services Officer