PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Maxwell Owoeye**                                   Docket No. 08-429

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Barbara Hutchinson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Maxwell Owoeye**, who was placed under pretrial release supervision by the **Honorable Katharine S. Hayden** sitting in the Court at 2 Federal Square Newark, New Jersey, on March 31, 2009, under the following conditions:

$500,000 bond secured by property with the following conditions of release: 1. Home detention with electronic monitoring. 2. Defendant's mother to act as third party custodian. 3. Travel restricted to Warren, Sussex, Morris, Passaic and Essex Counties in New Jersey and Brooklyn, New York for religious services. 4. Surrender passport and do not apply for replacement. 5. Maintain residence with third party custodian.

On July 28, 2009 the defendant appeared before Your Honor and was sentenced to 63 months confinement. A surrender date of October 19, 2009 was set. On August 27, 2009 the defendant appeared before Judge Garcy of the Immigration and Customs Enforcement Agency at which time he was detained pending a removal hearing. On September 2, 2009, Your Honor signed an Order amending the defendant's voluntary surrender date to August 27, 2009.

Respectfully presenting petition for action of Court and for cause as follows:

Pretrial Services has been advised the United States Marshals Service presently has no jurisdiction to take custody of the defendant so that he may be transfered to a Bureau of Prisons Facility to commence service of his sentence.

**PRAYING THAT THE COURT WILL ORDER**: The United States Marshals Service is to take custody of the defendant upon his release from Immigration and Customs Enforcement custody, and transfer him to a facility as designated by the Bureau of Prisons.

ORDER OF COURT

Considered and ordered this _____ day of
_____, 2009 and ordered filed and
made a part of the records in the above case.

_____
Katharine S. Hayden
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9-9-09

_____
Barbara Hutchinson
U.S. Pretrial Services Officer