UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :
                                    :
                                    :    Hon. Katherine S. Hayden
            v.                      :
                                    :    No. 08-CR-429 (CCC)
                                    :
MAXWELL OWOEYE                      :    ORDER TO AMEND JUDGMENT

WHEREAS Maxell Owoeye pled guilty to counts 1, 10, and 23 of the Superseding Indictment in this case on February 20, 2009; and

WHEREAS the Court sentenced Mr. Owoeye on July 28, 2009; and

WHEREAS the Court ordered Mr. Owoeye to pay restitution in the amount of $896,573.93, $810,673.93 of which must be paid to the Northrop Grumman Corporation; and

WHEREAS the parties have learned that Northrop Grumman Corporation has recovered $196,783.74 of its losses;

IT IS HEREBY ORDERED this 22nd day of September 2009, that the judgment, entered on July 28, 2009, is amended to indicate that Mr. Owoeye must pay $699,790.19 in restitution, $613,890.19 of which is due to Northrop Grumman Corporation.

_____
HON. Katherine S. Hayden
United States District Judge